UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAMEN D. RABB,

    Plaintiff,

v.

JASON PICKETT, et al.,

    Defendants.

Case No. 21-cv-02592-VKD

**ORDER OF TRANSFER**

Damen D. Rabb, a state prisoner currently housed at High Desert State Prison ("HDSP") in Susanville, California, filed a civil rights complaint under 42 U.S.C. § 1983, complaining of prison conditions at HDSP. Dkt. No. 1. HDSP is located in Lassen County. Because the acts complained of occurred in Lassen County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This Court has discretion to either dismiss the case for incorrect venue or transfer it to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a). The Court concludes that the interest of justice is best served by transfer, and accordingly orders the case TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: April 15, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge